UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, DELAWARE, FLORIDA, ILLINOIS, MICHIGAN, MINNESOTA, MONTANA, NEW MEXICO, NEW YORK, TENNESSEE, and TEXAS *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>        v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:25-cv-07049-SVW (AGRx)<br><br>**SEALED DOCUMENT**<br><br>**[LODGED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, DELAWARE, FLORIDA, ILLINOIS, MICHIGAN, MINNESOTA, MONTANA, NEW MEXICO, NEW YORK, TENNESSEE, and TEXAS *ex rel.* SUNIL WADHWA and EMILY PRINS,

Plaintiffs,

v.

PROGRESS MEDICAL LLC; AMNIO TECHNOLOGY, LLC; BIOLAB SCIENCES, INC.; BIOLAB HOLDINGS, INC.; BLS LABS, LLC; BIOSTEM TECHNOLOGIES, INC.; DIRECT BIOLOGICS, INC. f/k/a DIRECT BIOLOGICS, LLC; HEALTHTECH WOUND CARE, INC.; LEGACY MEDICAL CONSULTANTS, LP; MLM BIOLOGICS, INC.; PINNACLE TRANSPLANT TECHNOLOGIES, LLC; PRECISE BIOSCIENCE CORPORATION; REDDRESS USA, INC.; ROYAL BIOLOGICS, INC.; SAMARITAN BIOLOGICS LLC; STRATUS BIOSYSTEMS. LLC d/b/a

No. 2:25-cv-07049-SVW (AGRx)

[PROPOSED] ORDER RE UNSEALING

**[LODGED UNDER SEAL UNDER THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**

CELLGENUITY REGENERATIVE SCIENCE; SURGENEX, LLC; XTANT MEDICAL HOLDINGS, INC.; BLS SALES AND MARKETING, LLC; WORLD REACH HEALTH, LLC; VENTURE MEDICAL LLC; and DOES 1–20,

        Defendants.

Upon consideration of the United States' Notice of Intervention for Purpose of Dismissal, IT IS ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 2 below. This Order and the Relators' Complaint (including any amended complaints) shall be unsealed.

2. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

3. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

IT IS SO ORDERED.


Dated:___July 27, 2026_____          _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1