Michael A. Hirst (CA Bar No. 131034)
michael.hirst@hirstlawgroup.com
Marisela Bernal (CA Bar No. 329589)
marisela.bernal@hirstlawgroup.com
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Telephone: (530) 756-7700
Facsimile: (530) 756-7707

Counsel for Plaintiff-Relators
Sunil Wadhwa and Emily Prins

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF ILLINOIS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF TENNESSEE, AND STATE OF TEXAS ex rel. SUNIL WADHWA and EMILY PRINS,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESS MEDICAL LLC; AMNIO TECHNOLOGY, LLC; BIOLAB SCIENCES, INC.; BIOLAB HOLDINGS, INC.; BLS LABS, LLC; BIOSTEM TECHNOLOGIES, INC.; DIRECT BIOLOGICS, INC. f/k/a DIRECT BIOLOGICS, LLC; HEALTHTECH WOUND CARE, INC.; LEGACY MEDICAL CONSULTANTS, LP; MLM BIOLOGICS, INC.; PINNACLE TRANSPLANT TECHNOLOGIES, LLC; PRECISE BIOSCIENCE CORPORATION; REDDRESS USA, INC.; ROYAL BIOLOGICS, INC.; SAMARITAN BIOLOGICS LLC; STRATUS BIOSYSTEMS, LLC d/b/a CELLGENUITY REGENERATIVE SCIENCE; SURGENEX, LLC; XTANT | **Civil Action No: 2:25-CV-07049-SVW (AGRx)**<br><br>**PROOF OF SERVICE** |

MEDICAL HOLDINGS, INC.; BLS SALES AND MARKETING, LLC; WORLD REACH HEALTH, LLC; VENTURE MEDICAL LLC; AND DOES 1–20,

Defendants.

**PROOF OF SERVICE**

I live in the County of Yolo, State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to the within action. My business address is Hirst Law Group, P.C., 200 B Street, Suite A, Davis, California, 95616.

On October 28, 2026, I served the following document(s), described as

**1. Relators' Partial Opposition to United States' Motion to Dismiss; and**

**2. Redacted Declaration of Michael A. Hirst and Exhibits;**

via e-mail as follows:

Hon. Todd Blanche
Acting United States Attorney General
U.S. Department of Justice
Jonathan Hoerner, Esq.
DOJ Trial Attorney
Jonathan.K.Hoerner@usdoj.gov

Hon. Bilal A. Essayli
First Assistant United States Attorney
Central District of California
S. Desmond Jui, Esq.
Assistant U.S. Attorney
Sheng-Wen.Jui@usdoj.gov

Hon. Rob Bonta
California Attorney General
California Department of Justice
Elizabeth Voorhies, Esq.
Deputy Attorney General
elizabeth.voorhies@doj.ca.gov
FalseClaims@doj.ca.gov

Hon. Ricardo Lara
California Insurance Commissioner
Sara Danielson, Esq.
Attorney, Fraud Liaison Bureau
sara.danielson@insurance.ca.gov

Hon. Phil Weiser
Colorado Attorney General
Office of the Attorney General
Colorado Department of Law
Matt Miller, Esq.
Senior Asst. Attorney General I
Matt.Miller@coag.gov

Hon. Kathy Jennings
Delaware Attorney General
Delaware Department of Justice
Edward K. Black, Esq.
Deputy Attorney General
edward.black@delaware.gov

Hon. James Uthmeier
Florida Attorney General
Office of Attorney General
Franklin Toledo, Esq.
Attorney, MFCU
franklin.toledo@myfloridalegal.com

Hon. Kwame Raoul
Illinois Attorney General
Office of the Attorney General
Courtney Martin, Esq.
Courtney.Martin@ilag.gov

Hon. Dana Nessel
Michigan Attorney General
Michigan Department of Attorney General
hcf@michigan.gov

Hon. Keith Ellison
Minnesota Attorney General
Office of the Minnesota Attorney General
Nicholas Wanka, Esq.
Nicholas.Wanka@ag.state.mn.us

Hon. Austin Knudsen
Montana Attorney General
Montana Department of Justice
contactdoj@mt.gov

Hon. Raúl Torrez
New Mexico Attorney General
Attn: Christna Yehle, Esq.
Attorney
cyehle@nmdoj.gov

Hon. Letitia James
New York Attorney General
Amy Held, Esq.
Director, MFCU

amy.held@ag.ny.gov

Hon. Jonathan Skrmetti
Tennessee Attorney General
Nick Casey, Esq.
nate.casey@ag.tn.gov

Hon. Ken Paxton
Texas Attorney General
Office of the Attorney General
Lynne Kurtz-Citrin, Deputy Chief
Healthcare Program Enforcement Division
Lynne.Kurtz-Citrin@oag.texas.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 28th day of October, 2026, in Davis, California.

/s/Marisela Bernal
Marisela Bernal