Michael A. Hirst (CA Bar No. 131034)
michael.hirst@hirstlawgroup.com
Marisela Bernal (CA Bar No. 329589)
marisela.bernal@hirstlawgroup.com
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Telephone: (530) 756-7700
Facsimile: (530) 756-7707

Counsel for Plaintiff-Relators
Sunil Wadhwa and Emily Prins

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF ILLINOIS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF TENNESSEE, AND STATE OF TEXAS ex rel. SUNIL WADHWA and EMILY PRINS,

Plaintiffs,

v.

PROGRESS MEDICAL LLC; AMNIO TECHNOLOGY, LLC; BIOLAB SCIENCES, INC.; BIOLAB HOLDINGS, INC.; BLS LABS, LLC; BIOSTEM TECHNOLOGIES, INC.; DIRECT BIOLOGICS, INC. f/k/a DIRECT BIOLOGICS, LLC; HEALTHTECH WOUND CARE, INC.; LEGACY MEDICAL CONSULTANTS, LP; MLM BIOLOGICS, INC.; PINNACLE TRANSPLANT TECHNOLOGIES, LLC; PRECISE BIOSCIENCE CORPORATION; REDDRESS USA, INC.; ROYAL BIOLOGICS, INC.; SAMARITAN BIOLOGICS LLC; STRATUS BIOSYSTEMS, LLC d/b/a CELLGENUITY REGENERATIVE SCIENCE; SURGENEX, LLC; XTANT MEDICAL HOLDINGS, INC.; BLS

**Civil Action No: 2:25-CV-07049-SVW (AGRx)**

**RELATORS' EX PARTE APPLICATION TO FILE UNDER SEAL**

SALES AND MARKETING, LLC; WORLD REACH HEALTH, LLC; VENTURE MEDICAL LLC; AND DOES 1–20,

Defendants.

At the request of the United States, Plaintiff-Relators Sunil Wadhwa and Emily Prins (“Relators”) apply to the Court and ask that the Declaration of Michael A. Hirst and Exhibits (“Declaration”) to be submitted in support of Relators’ Partial Opposition to Motion to Dismiss be filed under seal. The United States (“Government”) has represented that it does not oppose the request.

On September 10, 2026, Relators conferred with the Government regarding the Government’s intent to file the motion to dismiss under seal. During that call, Relators’ counsel also advised the Government that the Declaration in Support of Relators’ Opposition would likely include the same or similar information and that Relators would be willing, at the Government’s request, to file the Declaration under seal. Although Relators offered to stipulate as to the subject matter to be redacted in both the Government’s Motion to Dismiss and Relators’ Declaration, counsel for the United States responded that Relators should separately submit an application to file under seal.

As anticipated, the Declaration to be submitted in support of Relators’ opposition indeed includes and addresses information that has been filed under seal in the Government’s Motion to Dismiss (Dkts. 21–24). This information is discussed in both the Declaration itself and Exhibit 2 to the Declaration.

Relators do not believe they would not be harmed by the disclosure of information contained in the Declaration, and they lack sufficient information to independently assert that the Government would be harmed.

However, as noted in the Government’s motion to file under seal (Dkt. 21), the Government believes that “[p]ublic disclosure poses a risk of harm to the United

States by revealing confidential aspects of the investigation and could chill candid and fulsome communications between the United States and courts presiding over False Claims Act cases regarding the status of investigations[.]" For the benefit of the Government, Relators are willing to file the Declaration under seal.

Therefore, Relators request that the following documents be filed under seal:

1. Declaration of Michael A. Hirst in Support of Relators' Partial Opposition to the United States' Motion to Dismiss; and
2. Exhibit 2 to the Declaration of Michael A. Hirst (November 18, 2025 letter from Mr. Hoerner).[1]

A supporting declaration, proposed order, redacted copies of the above documents, and unredacted copies of the additional exhibits -- as required by Local Rule 79-5.2.2(a)(i)–(iv) -- accompany this application.

No State has advised that it opposes this application.

Accordingly, pursuant to Local Rule 79-5.2.2, Relators request that the Court issue an order authorizing the filing of the above-listed documents under seal.

Dated: October 28, 2026 /s/ Michael A. Hirst

Michael A. Hirst, Esq.
michael.hirst@hirstlawgroup.com
Marisela Bernal, Esq.
marisela.bernal@hirstlawgroup.com
Hirst Law Group, P.C.
200 B Street, Suite A
Davis, California 95616
P: (530) 756-7700
F: (530) 756-7707

Attorneys for Plaintiff-Relators
Sunil Wadhwa and Emily Prins

[1] Exhibits 1 and 3–8 to the Declaration do not contain sensitive information that requires redaction and therefore are not included in Relators' request to file under seal. However, as they are exhibits to the Declaration, counsel intends to file them together with the Declaration in accordance with the Local Rules and the court clerk's filing procedures.