# Exhibit 8

BILAL A. ESSAYLI
United States Attorney
SHENG-WEN DESMOND JUI
Assistant United States Attorney
California State Bar No. 262200
312 N. Spring St. Suite 1200
Los Angeles, CA 90012
Tel: (213) 894-2400
Fax: (213) 894-0141
Email: Sheng-Wen.Jui@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF ILLINOIS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF TENNESSEE, AND STATE OF TEXAS ex rel. SUNIL WADHWA and EMILY PRINS,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESS MEDICAL LLC; AMNIO TECHNOLOGY, LLC; BIOLAB SCIENCES, INC.; BIOLAB HOLDINGS, INC.; BLS LABS, LLC; BIOSTEM TECHNOLOGIES, INC.; DIRECT BIOLOGICS, INC. f/k/a DIRECT BIOLOGICS, LLC; HEALTHTECH WOUND CARE, INC.; LEGACY MEDICAL CONSULTANTS, LP; MLM BIOLOGICS, INC.; PINNACLE TRANSPLANT TECHNOLOGIES, LLC; PRECISE BIOSCIENCE CORPORATION; REDDRESS USA, INC.; ROYAL BIOLOGICS, INC.; SAMARITAN BIOLOGICS LLC; STRATUS BIOSYSTEMS, LLC d/b/a | **Civil Action No: 2:25-cv-07049-SVW (AGRx)**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

DRAFT

CELLGENUITY REGENERATIVE SCIENCE; SURGENEX, LLC; XTANT MEDICAL HOLDINGS, INC.; BLS SALES AND MARKETING, LLC; WORLD REACH HEALTH, LLC; VENTURE MEDICAL LLC; AND DOES 1–20,

Defendants.

DRAFT

WHEREAS, Relators Sunil Wadhwa and Emily Prins ("Relators") filed this *qui tam* False Claims Act complaint in July 2025;

WHEREAS, the United States ("Government") has now filed a notice of intervention stating its intention to move to dismiss the Relators' False Claims Act complaint in its entirety;

WHEREAS, the Relators' oppose the motion to dismiss;

WHEREAS, the United States Supreme Court's decision in *United States ex rel. Polansky v. Executive Health Resources, Inc.*, 599 U.S. 419 (2023) ("*Polansky*"), provides the Government with broad discretion to dismiss a False Claims Act case;

WHEREAS, Relators contend that the discretion provided to the Government in *Polanksy* does not extend to dismissal of False Claims Act cases for the purpose of denying whistleblowers a statutory relator share set forth in 31 U.S.C. § 3730(d) or statutory alternate remedies set forth in 31 U.S.C. § 3730(c)(5), and the state law counterparts of those provisions in applicable state statutes;

NOW, THEREFOR, the Relators and Government agree and stipulate as follows:

1. The Relators shall dismiss the complaint without prejudice as to Relators and without prejudice to the Government;

2. The Court shall retain jurisdiction to address Relators' subsequent claims, if any, for a relator share or an alternate remedy; and

3. The voluntary dismissal herein by Relators and by the United States shall

not affect the rights, remedies, arguments, or defenses to such claims.

IT IS SO STIPULATED.

Dated: July 22, 2026

THE UNITED STATES OF AMERICA

/s/ Sheng-Wen Desmond Jui
Sheng-Wen Desmond Jui (CA Bar #262200)
Assistant United States Attorney
Central District of California

*The filer, Sheng-Wen Desmond Jui, attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

HIRST LAW GROUP, P.C.

/s/ Michael A. Hirst
Michael A. Hirst (CA Bar #131034)
Marisela Bernal (CA Bar #329589)

Counsel for Plaintiff-Relators
Sunil Wadhwa and Emily Prins

DRAFT